M. P. No. 76-185. CARL MORETTA *v.* ALICE N. MORETTA *et al.* Motion of petitioner for an extension of time to July 12, 1976 to answer respondent's memorandum is granted. *Carl Moretta,*

petitioner, pro se. *Letts, Quinn & Licht, Alan S. Flink, Jerome B. Spunt, John Quattrocchi, Jr.,* for respondents.